Petition for Writ of Mandamus Denied and Memorandum Opinion filed
January 26, 2006









 

Petition for Writ of Mandamus Denied and Memorandum
Opinion filed January 26, 2006.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-06-00041-CV

____________

 

IN RE LEONARD M. MCCOLLUM, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On January 17, 2006, relator
filed a petition for writ of mandamus in this court.  See Tex.
Gov=t Code Ann. ' 22.221 (Vernon 2005); see also Tex. R. App. P. 52. 

Relator failed to accompany his petition
with the requisite filing fee.  See
Tex. R. App. P. 5.  The record before this court does not
demonstrate relator=s status as an indigent.  See Tex.
R. App. P. 20.1.  

Accordingly, we deny relator=s petition for writ of mandamus. 

 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed January 26, 2006.

Panel consists of
Justices Fowler, Edelman, and Guzman.